NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Gregory S. Gilchrist | Ryan T. Bricker
Sophy Manes | Alexandra N. Martinez
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, California  94111
Telephone: (415) 576-0200 | Facsimile: (415) 576-0300

ATTORNEY(S) FOR:  Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patagonia, Inc. and Patagonia Provisions, Inc., <br> Plaintiff(s), <br> v. <br> Anheuser-Busch, LLC d/b/a Patagonia Brewing Co., <br> Defendant(s) | CASE NUMBER: <br> 2:19-cv-02702 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiffs Patagonia, Inc. and Patagonia Provisions, Inc.,_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Patagonia, Inc. | Plaintiff |
| Patagonia Provisions, Inc. | Plaintiff |

| | |
|---|---|
| April 9, 2019 | /s/ Gregory S. Gilchrist |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Patagonia, Inc. and Patagonia Provisions, Inc.