AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:19-cv-02702 | DATE FILED<br>April 9, 2019 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>Patagonia, Inc. and Patagonia Provisions, Inc. | | DEFENDANT<br>Anheuser-Busch, LLC d/b/a Patagonia Brewing Co. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1189402 | February 9, 1982 | Patagonia, Inc. |
| 2 | 1294523 | September 11, 1984 | Patagonia, Inc. |
| 3 | 1547469 | July 11, 1989 | Patagonia, Inc. |
| 4 | 1775623 | June 8, 1993 | Patagonia, Inc. |
| 5 | 1811334 | December 14, 1993 | Patagonia, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☑ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2260188 | July 13, 1999 | Patagonia, Inc. |
| 2 | 2392685 | October 10, 2000 | Patagonia, Inc. |
| 3 | 2262619 | December 17, 2002 | Patagonia, Inc. |
| 4 | 4894914 | February 2, 2012 | Patagonia Provisions, Inc. |
| 5 | 4168329 | July 3, 2012 | Patagonia Provisions, Inc. |

Continued on attachment.

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

*Attachment to*

REPORT ON THE
FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

*Patagonia, Inc. and Patagonia Provisions, Inc.*
*vs.*
*Anheuser-Busch, LLC d/b/a Patagonia Brewing Co.*

United States District Court, Central District of California
Case No. 2:19-cv-02702

| PATENT OR TRADEMARK | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 4786172 | August 4, 2015 | Patagonia Provisions, Inc. |
| 4795759 | August 18, 2015 | Patagonia Provisions, Inc. |
| 4809079 | September 8, 2015 | Patagonia Provisions, Inc. |
| 4822430 | September 29, 2015 | Patagonia Provisions, Inc. |
| 4917049 | March 15, 2016 | Patagonia Provisions, Inc. |
| 4791042 | August 11, 2015 | Patagonia Provisions, Inc. |