```
KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
RYAN T. BRICKER (State Bar No. 269100)
rbricker@kilpatricktownsend.com
SOPHY MANES (State Bar No. 287583)
smanes@kilpatricktownsend.com
ALEXANDRA N. MARTINEZ (State Bar No. 317382)
amartinez@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:  415 576 0200
Facsimile:   415 576 0300
```

Attorneys for Plaintiffs
PATAGONIA, INC. AND PATAGONIA PROVISIONS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PATAGONIA, INC. and PATAGONIA PROVISIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH, LLC dba PATAGONIA BREWING CO.,<br><br>Defendant. | Case No. 2:19-cv-02702-CJC-MAA<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Complaint Filed:   April 9, 2019 |

## PROOF OF SERVICE

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

I am over the age of 18 years and am not a party to the within cause. My business address is Two Embarcadero Center, Suite 1900, San Francisco, California 94111.

I certify that pursuant to agreement of the parties, Defendant accepted service of the Summons and Complaint effective May 7, 2019, making the deadline to respond May 28, 2019.

1     EXECUTED May 7, 2019, at San Francisco, California.

_____
Victoria E. Hopper