| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | BOBBY GHAJAR (198719)<br>bghajar@cooley.com |
| 3 | 1333 2nd Street, Suite 400<br>Santa Monica, CA  90401 |
| 4 | Telephone: (310) 883-6400<br>Facsimile:  (310) 883-6500 |
| 5 | COOLEY LLP |
| 6 | AMANDA A. MAIN (260814)<br>amain@cooley.com |
| 7 | 3175 Hanover Street<br>Palo Alto, CA  94304 |
| 8 | Telephone: (650) 843-5000<br>Facsimile:  (650) 843-7400 |
| 9 | Attorneys for Defendant<br>ANHEUSER-BUSCH, LLC |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC. and PATAGONIA PROVISIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH, LLC dba PATAGONIA BREWING CO.,<br><br>Defendant. | Case No.  2:19-cv-02702-VAP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:  May 7, 2019<br><br>Current Response Date:  May 28, 2019<br><br>New Response Date:  June 7, 2019 |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT
CASE NO. 2:19-CV-02702-VAP

1  WHEREAS, on May 7, 2019, Plaintiffs Patagonia, Inc. and Patagonia Provisions, Inc. ("Plaintiffs") caused the Complaint in this matter to be served on Defendant Anheuser-Busch, LLC dba Patagonia Brewing Co. ("Defendant");

WHEREAS, the current deadline for Defendant's response to Plaintiffs' Complaint is May 28, 2019;

WHEREAS, the Parties have not entered into any prior stipulations to extend the time for Defendant to respond to the Complaint; and

WHEREAS, the Parties have stipulated to extend Defendant's time to respond to the Complaint, pursuant to Local Rule 8-3, by ten (10) days to June 7, 2019.

**IT IS SO STIPULATED.**

Dated:    May 28, 2019           Respectfully submitted,

                                 KILPATRICK TOWNSEND & STOCKTON LLP


                                 */s/ Gregory S. Gilchrist*
                                 Gregory S. Gilchrist
                                 Ryan T. Bricker
                                 Sophy Manes
                                 Alexandra N. Martinez

                                 Attorneys for Plaintiffs
                                 PATAGONIA, INC. and PATAGONIA PROVISIONS, INC.

Dated:    May 28, 2019           Respectfully submitted,

                                 COOLEY LLP


                                 */s/ Bobby Ghajar*
                                 Bobby Ghajar
                                 Amanda Main

                                 Attorneys for Defendant
                                 ANHEUSER-BUSCH, LLC

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE:**

Pursuant to Central Dist. LR 5-4.3.4(a)(2), the electronic filer of this Stipulation, Bobby Ghajar, hereby attests that all other signatories listed, and on whose behalf the filing is sumbitted, concur in the filing's content and have authorized this filing.

Dated:   May 28, 2019        */s/ Bobby Ghajar*
                              Bobby Ghajar

204178257

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2.

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT
CASE NO. 2:19-CV-02702-VAP