COOLEY LLP
BOBBY GHAJAR (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500

COOLEY LLP
AMANDA A. MAIN (260814)
amain@cooley.com
3175 Hanover Street
Palo Alto, CA  94304
Telephone: (650) 843-5000
Facsimile:  (650) 843-7400

Attorneys for Defendant
ANHEUSER-BUSCH, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC. and PATAGONIA PROVISIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH, LLC dba PATAGONIA BREWING CO. ,<br><br>Defendant. | Case No.  2:19-cv-02702-VAP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Served:  May 7, 2019<br><br>Amended Compl. Served: June 5, 2019<br><br>Current Response Date:  June 19, 2019<br><br>New Response Date:  July 3, 2019 |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO EXTEND TIME TO RESPOND TO
AMENDED COMPLAINT
CASE NO. 2:19-CV-02702-VAP

1    WHEREAS, on May 7, 2019, Plaintiffs Patagonia, Inc. and Patagonia Provisions,

2 Inc. ("Plaintiffs") caused the Complaint in this matter to be served on Defendant

3 Anheuser-Busch, LLC dba Patagonia Brewing Co. ("Defendant");

4    WHEREAS, the initial deadline for Defendant to respond to Plaintiffs'

5 Complaint was May 28, 2019;

6    WHEREAS, on May 28, 2019, the Parties filed a stipulation extending

7 Defendant's time to respond to the Complaint, pursuant to Local Rule 8-3, by ten (10)

8 days, to June 7, 2019;

9    WHEREAS, on June 5, 2019, Plaintiffs voluntarily filed a First Amended

10 Complaint, in which Plaintiffs amended several of its claims;

11    WHEREAS, the current deadline for Defendant's Response to Plaintiffs' First

12 Amended Complaint is June 19, 2019;

13    WHEREAS, Defendant is evaluating a motion to dismiss certain of the claims in

14 the First Amended Complaint, the parties have met and conferred, and due to the nature

15 of the claims and personal scheduling conflicts with Defendant's counsel, Defendant

16 needs additional time to prepare its motion or to otherwise respond to the First Amended

17 Complaint;

18    WHEREAS, the Parties have stipulated to extend Defendant's time to respond to

19 the First Amended Complaint by fourteen (14) days, to July 3, 2019;

20    WHEREAS, if Defendant files a motion to dismiss, the Parties have stipulated

21 that Plaintiffs' opposition will be filed by July 25, 2019, Defendant's reply will be filed

22 by August 5, 2019, and the hearing on such motion will be noticed for August 19, 2019

23 (or such other date that the Court deems appropriate); and

24    WHEREAS, further, if Defendant files a motion to dismiss, the Parties have

25 stipulated that Defendant need not file an answer until no earlier than fourteen (14) days

26 after the Court's ruling on such motion or after Plaintiffs' filing of a second amended

27 complaint, whichever occurs later.

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2.

STIPULATION TO EXTEND TIME TO RESPOND TO
AMENDED COMPLAINT
CASE NO. 2:19-CV-02702-VAP

1    **IT IS SO STIPULATED.**

2

3    Dated:        June 19, 2019              Respectfully submitted,

4                                            KILPATRICK TOWNSEND &
                                             STOCKTON LLP
5

6                                            */s/ Gregory S. Gilchrist*

7                                            Gregory S. Gilchrist
                                             Ryan T. Bricker
                                             Sophy Manes
8                                            Alexandra N. Martinez

9                                            Attorneys for Plaintiffs
                                             PATAGONIA, INC. and PATAGONIA
                                             PROVISIONS, INC.
10

11   Dated:        June 19, 2019              Respectfully submitted,

12                                           COOLEY LLP

13

14                                           */s/ Bobby Ghajar*

15                                           Bobby Ghajar
                                             Amanda Main
16                                           Attorneys for Defendant
                                             ANHEUSER-BUSCH, LLC

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

3.

STIPULATION TO EXTEND TIME TO RESPOND TO
AMENDED COMPLAINT
CASE NO. 2:19-CV-02702-VAP

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE:**

Pursuant to Central Dist. LR 5-4.3.4(a)(2), the electronic filer of this Stipulation, Bobby Ghajar, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  June 19, 2019                    */s/ Bobby Ghajar*
                                          Bobby Ghajar

206223118

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

4.

STIPULATION TO EXTEND TIME TO RESPOND TO
AMENDED COMPLAINT
CASE NO. 2:19-CV-02702-VAP