| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | BOBBY GHAJAR (198719)<br>bghajar@cooley.com |
| 3 | 1333 2nd Street, Suite 400<br>Santa Monica, CA 90401 |
| 4 | Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500 |
| 5 | COOLEY LLP |
| 6 | AMANDA A. MAIN (260814)<br>amain@cooley.com |
| 7 | 3175 Hanover Street<br>Palo Alto, CA 94304 |
| 8 | Telephone: (650) 843-5000<br>Facsimile: (650) 843-7400 |
| 9 | Attorneys for Defendant |
| 10 | ANHEUSER-BUSCH, LLC |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC. and<br>PATAGONIA PROVISIONS, INC., | Case No. 2:19-cv-02702-VAP |
| Plaintiffs, | **DECLARATION OF BOBBY GHAJAR IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| ANHEUSER-BUSCH, LLC dba<br>PATAGONIA BREWING CO., | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

GHAJAR DECL. ISO STIP. TO EXT. TIME TO
RESPOND TO 1ST AM'D COMPLAINT
CASE NO. 2:19-CV-02702-VAP

I, Bobby Ghajar, declare:

1. I am a partner at the law firm Cooley LLP and lead counsel for Defendant Anheuser-Busch, LLC ("Anheuser"). I declare that the following statement is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following:

2. Good cause exists for this Court to grant the concurrently filed Stipulation to Extend Time to Respond to the First Amended Complaint filed by Plaintiffs Patagonia, Inc. and Patagonia Provisions, Inc. ("Plaintiffs").

3. On June 5, 2019, Plaintiffs voluntarily filed a First Amended Complaint, adding a new cause of action, revising allegations for the Fifth, Seventh, and Eighth causes of actions, and making various other amendments.

4. On June 12, 2019, I met and conferred with Plaintiffs' counsel regarding Defendant's intent to file a motion to dismiss and we had a discussion regarding Plaintiffs' claims.

5. At the close of business on Friday, June 14, 2019, Plaintiffs' counsel responded to various issues that I had raised during our meet and confer.

6. The current deadline for Defendant's Response to Plaintiffs' First Amended Complaint is today, June 19, 2019.

7. Defendant is evaluating a motion to dismiss certain of the claims in the First Amended Complaint in light of the Parties' meet and confer.

8. Due to the nature of the claims, the recent revisions made to the Complaint, and personal scheduling conflicts (including my travel plans, and Court-ordered obligations in other cases), Defendant needs additional time to prepare its motion or otherwise respond to the First Amended Complaint.

9. The Parties have agreed to extend the deadline for Defendant's response to the First Amended Complaint by fourteen (14) days, to July 3, 2019.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

1.

GHAJAR DECL. ISO STIP. TO EXT. TIME TO
RESPOND TO 1ST AM'D COMPLAINT
CASE NO. 2:19-CV-02702-VAP

10. Without such additional time, I believe that Defendant would suffer unnecessary prejudice, as it would not have sufficient time to formulate its response to Plaintiffs' First Amended Complaint.

11. Based on the Parties' respective schedules, the Parties have also agreed to the following briefing schedule should Defendant file a motion to dismiss: Plaintiffs' opposition will be due on or before July 25, 2019, and Defendant's reply will be due on or before August 5, 2019.

12. The Parties further agreed that the hearing on any such motion will be noticed for August 19, 2019 (or such other date that the Court deems appropriate). Opposing counsel and I both have a conflict on August 12, 2019.

13. The Parties have also agreed that, should Defendant file a motion to dismiss, Defendant need not file an answer until no earlier than fourteen (14) days after the Court's ruling on such motion or after Plaintiffs' filing of a second amended complaint, whichever occurs later.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of June, 2019

*/s/ Bobby Ghajar*
Bobby Ghajar

206253102

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES