1    COOLEY LLP
     BOBBY GHAJAR (198719)
2    bghajar@cooley.com
     1333 2nd Street, Suite 400
3    Santa Monica, CA  90401
     Telephone: (310) 883-6400
4    Facsimile:  (310) 883-6500

5    COOLEY LLP
     AMANDA A. MAIN (260814)
6    amain@cooley.com
     3175 Hanover Street
7    Palo Alto, CA  94304
     Telephone: (650) 843-5000
8    Facsimile:  (650) 843-7400

9    Attorneys for Defendant
     ANHEUSER-BUSCH, LLC

10

11                **UNITED STATES DISTRICT COURT**

12         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13            **WESTERN DIVISION – LOS ANGELES**

14

15    PATAGONIA, INC. and         Case No.  2:19-cv-02702-VAP
     PATAGONIA PROVISIONS, INC.,

16                       **[PROPOSED] ORDER GRANTING**
          Plaintiffs,            **STIPULATION TO EXTEND TIME**

17                       **TO RESPOND TO FIRST**
        v.                  **AMENDED COMPLAINT**

18

19    ANHEUSER-BUSCH, LLC dba
     PATAGONIA BREWING CO. ,

20           Defendant.

21

22

23

24

25

26

27

28

1   Having reviewed the parties' Stipulation to Extend Time to Respond to First

2   Amended Complaint, the Court hereby GRANTS the relief requested by the Parties.

3   IT IS HEREBY ORDERED:

4   1)   Defendant's deadline to respond to Plaintiffs' First Amended Complaint is

5   continued from June 19, 2019, to July 3, 2019.

6   2)   If Defendant files a motion to dismiss, Plaintiffs' opposition is due by July

7   25, 2019, Defendant's reply is due by August 9, 2019, and the hearing on such motion

8   will be set for August 19, 2019.

9   3)   If Defendant files a motion to dismiss, Defendant need not file an answer

10  until fourteen (14) days after the Court's ruling on such motion or after Plaintiffs' filing

11  of a second amended complaint, whichever occurs later.

12  **IT IS SO ORDERED.**

13

14  Dated:_____   _____

15                          Virginia A. Phillips
                            United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

1.

PROP'D ORDER GRANTING STIP. TO EXT. TIME
TO RESPOND TO 1ST AM'D COMPLAINT
CASE NO. 2:19-CV-02702-VAP