1 COOLEY LLP
BOBBY GHAJAR (198719)
2 bghajar@cooley.com
1333 2nd Street, Suite 400
3 Santa Monica, CA 90401
Telephone: (310) 883-6400
4 Facsimile: (310) 883-6500

5 COOLEY LLP
AMANDA A. MAIN (260814)
6 amain@cooley.com
3175 Hanover Street
7 Palo Alto, CA 94304
Telephone: (650) 843-5000
8 Facsimile: (650) 843-7400

9 Attorneys for Defendant
ANHEUSER-BUSCH, LLC



```
FILED
CLERK, U.S. DISTRICT COURT

JUN 27, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY:      BH        DEPUTY
```

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC. and PATAGONIA PROVISIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH, LLC dba PATAGONIA BREWING CO.,<br><br>Defendant. | Case No. 2:19-cv-02702-VAP<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

PROP'D ORDER GRANTING STIP. TO EXT. TIME
TO RESPOND TO 1ST AM'D COMPLAINT
CASE NO. 2:19-CV-02702-VAP

Having reviewed the parties' Stipulation to Extend Time to Respond to First Amended Complaint, the Court hereby GRANTS the relief requested by the Parties.

IT IS HEREBY ORDERED:

1)   Defendant's deadline to respond to Plaintiffs' First Amended Complaint is continued from June 19, 2019, to July 3, 2019.

2)   If Defendant files a motion to dismiss, Plaintiffs' opposition is due by July 25, 2019, Defendant's reply is due by August 9, 2019, and the hearing on such motion will be set for August 19, 2019.

3)   If Defendant files a motion to dismiss, Defendant need not file an answer until fourteen (14) days after the Court's ruling on such motion or after Plaintiffs' filing of a second amended complaint, whichever occurs later.

**IT IS SO ORDERED.**

Dated: June 27, 2019

_____
Virginia A. Phillips
Chief United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

1.

PROP'D ORDER GRANTING STIP. TO EXT. TIME
TO RESPOND TO 1ST AM'D COMPLAINT
CASE NO. 2:19-CV-02702-VAP