1  COOLEY LLP
   BOBBY GHAJAR (198719)
2  bghajar@cooley.com
   1333 2nd Street, Suite 400
3  Santa Monica, CA 90401
   Telephone: (310) 883-6400
4  Facsimile: (310) 883-6500

5  COOLEY LLP
   AMANDA A. MAIN (260814)
6  amain@cooley.com
   DINA ROUMIANTSEVA (300576)
7  droumiantseva@cooley.com
   3175 Hanover Street
8  Palo Alto, CA 94304
   Telephone: (650) 843-5000
9  Facsimile: (650) 843-7400

10 Attorneys for Defendant
   ANHEUSER-BUSCH, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC. and PATAGONIA PROVISIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANHEUSER-BUSCH, LLC dba PATAGONIA BREWING CO., <br><br> Defendant. | Case No. 2:19-cv-02702-VAP <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS THREE THROUGH SEVEN OF PLAINTIFFS' FIRST AMENDED COMPLAINT [FED. R. CIV. P. 12(B)(6)] AND MOTION FOR A MORE DEFINITE STATEMENT [FED. R. CIV. P. 12(E)]** <br><br> Hearing Date: August 19, 2019 <br> Time: 2:00 P.M. <br> Court: Courtroom 8A, 8th Floor <br> Judge: Hon. Virginia A. Phillips |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT'S NOTICE OF MOTION AND MOTION TO
DISMISS CLAIMS THREE THROUGH SEVEN
CASE NO. 2:19-CV-02702-VAP

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 19, 2019, at 2:00 p.m., at the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, 90012, Defendant Anheuser-Busch, LLC dba Patagonia Brewing Co. ("AB") will and hereby does, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(e), move to dismiss the Third, Fourth, Fifth, Sixth, and Seventh Claims in Plaintiffs Patagonia, Inc. and Patagonia Provisions, Inc.'s First Amended Complaint for failure to state a claim for relief and for a more definite statement:

- Claim 3 (Federal Dilution of Famous mark) fails because Plaintiffs do not allege facts sufficient to support their conclusory statement that their PATAGONIA mark is famous. Further, a more definite statement is necessary as the allegations are ambiguous as to (i) which trademark(s) Plaintiffs allege is famous, (ii) who owns the famous trademark(s) at issue, or (iii) when such trademark(s) became famous.

- Claim 4 (Trademark Infringement and Unfair Competition under California Statutory Law) fails because it cites inapplicable statutes and states no facts supporting a claim for dilution under the cited California statute.

- Claim 5 (Cancellation of Trademark Registration based on 15 U.S.C. § 1119) fails because Plaintiffs do not plead facts to support a claim for abandonment or a violation of the anti-trafficking rule.

- Claim 6 (Cancellation of Trademark Registration based on 15 U.S.C. § 1052(a)) fails because Plaintiffs' conclusory allegations are insufficient to state a claim for relief and this defect may not be cured.

- Claim 7 (Cancellation of Trademark Registration under 15 U.S.C. § 1119 based on alleged fraudulent procurement) fails because Plaintiffs do not plead fraud with particularity and do not state a claim for relief as a matter of law.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

1.

DEFENDANT'S NOTICE OF MOTION AND MOTION
TO DISMISS CLAIMS THREE THROUGH SEVEN
CASE NO. 2:19-CV-02702-VAP

1 | This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 12, 2019.  Declaration of Amanda Main ("Main Declaration") at ¶ 2.  This Motion is based upon the accompanying Memorandum of Points and Authorities, Request for Judicial Notice and Exhibits in support thereof, the Main Declaration, other pleadings that may be filed, any oral argument, and upon all other matters of record herein.

Dated: July 3, 2019　　　　　COOLEY LLP

/s/ Bobby A. Ghajar
Bobby A. Ghajar
Amanda A. Main
Dina Roumiantseva
Attorneys for Defendant
ANHEUSER-BUSCH, LLC

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2.

DEFENDANT'S NOTICE OF MOTION AND MOTION
TO DISMISS CLAIMS THREE THROUGH SEVEN
CASE NO. 2:19-CV-02702-VAP