COOLEY LLP
BOBBY GHAJAR (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

COOLEY LLP
AMANDA A. MAIN (260814)
amain@cooley.com
DINA ROUMIANTSEVA (300576)
droumiantseva@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 843-7400

Attorneys for Defendant
ANHEUSER-BUSCH, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC. and PATAGONIA PROVISIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANHEUSER-BUSCH, LLC dba PATAGONIA BREWING CO., <br><br> Defendant. | Case No. 2:19-cv-02702-VAP <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLAIMS THREE THROUGH SEVEN OF PLAINTIFFS' FIRST AMENDED COMPLAINT [FED. R. CIV. P. 12(B)(6)] AND MOTION FOR A MORE DEFINITE STATEMENT [FED. R. CIV. P. 12(E)]** <br><br> Hearing Date: August 19, 2019 <br> Time: 2:00 P.M. <br> Court: Courtroom 8A, 8th Floor <br> Judge: Hon. Virginia A. Phillips |

1  Pursuant to Federal Rule of Evidence 201, defendant Anheuser-Busch, LLC dba Patagonia Brewing Co. ("AB") respectfully submits this Request for Judicial Notice in Support of AB's Motion to Dismiss Claims Three Through Seven of Plaintiffs' First Amended Complaint and Motion for a More Definite Statement.  AB requests that the Court judicially notice the attached documents, which are public records of the U.S. Patent and Trademark Office ("USPTO") pertaining to certain of the parties' trademark filings, as well as other applications and registrations.

Federal Rule of Evidence 201 requires the Court to "take judicial notice if a party requests it and the court is supplied with the necessary information."  Fed. R. Evid. 201(c)(2).  The Court may take judicial notice of a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2).  The documents attached hereto clearly meet the requirements of Federal Rule of Evidence 201.

It is well-settled that records and reports from government agencies are the proper subject of judicial notice.  *See e.g., Barron v. Reich*, 13 F. 3d 1370, 1377 (9th Cir. 1994) (judicial notice may be taken of "[r]ecords and reports of administrative bodies"); *Interstate Natural Gas Co. v. Southern California Gas Co.*, 209 F. 2d 380, 385 (9th Cir. 1953) ("We may take judicial notice of records and reports of administrative bodies.").  This includes documents filed or recorded with the USPTO and available on the USPTO's website.  *See, e.g., Metro Pub., Ltd. v. San Jose Mercury News*, 987 F.2d 637, 641 n. 3 (9th Cir. 1993) (taking judicial notice of trademark documents from the USPTO because their "accuracy cannot reasonably be questioned"); *City of Beverly Hills v. Berry*, 2014 WL 12597156, at *2 (C.D. Cal. Nov. 5, 2014) (taking judicial notice of trademark registration, "courts may take judicial notice of records of administrative bodies, including USPTO records"); *Better Homes Realty, Inc. v. Watmore*, 2017 WL 1400065, at *3 (S.D. Cal. Apr. 18, 2017) (taking judicial notice of trademark assignments filed with the USPTO); *Autodesk, Inc. v. Dassault Sys. SolidWorks Corp.*, No. 08-04397, 2008 WL 6742224, at *2 n.1 (N.D. Cal. Dec. 18, 2008) (taking judicial

notice of trademark registrations and applications publicly available on USPTO website).

Accordingly, AB respectfully requests that the Court take judicial notice of the following documents (all of which are publicly available through a search on the USPTO's website located at http://tmsearch.uspto.gov/ and https://tsdr.uspto.gov/) and consider them in connection with AB's concurrently-filed Motion to Dismiss claims Three Through Seven of Plaintiffs' First Amended Complaint:

- **Exhibit A**: USPTO record for Registration No. 4,226,102 for the PATAGONIA mark for beer, owned by AB, including as part of that USPTO record: the Statement of Use, filed on July 17, 2012; the Combined Declaration of Use and Incontestability under Sections 8 & 15, filed on October 5, 2018; and the Notice of Acceptance under Sections 8 & 15 issued on October 18, 2018.

- **Exhibit B**: USPTO record for application Serial No. 86/455,281 for the PATAGONIA PROVISIONS mark for wines, as of July 2, 2019, including as part of that USPTO record: an Office Action issued on December 19, 2014 (excerpt including pages 1-10, omitting pages 11-69); Response to Office Action filed June 19, 2015 (excerpt including pages 1, 224-243, omitting pages 2-224), and an Office Action issued on January 21, 2016 (excerpt including pages 1-8, omitting pages 9-137).

- **Exhibit C**: USPTO record for application Serial No. 86/455,272 for the PATAGONIA mark for wines, as of July 2, 2019, including as part of that USPTO record, an Office Action issued on March 2, 2015 (excerpt including pages 1-4, omitting pages 5-21).

- **Exhibit D**: USPTO record for application Serial No. 88/378,549 for the PATAGONIA mark for beer, as of July 2, 2019, including as part of that USPTO record, an Office Action issued on June 19, 2019 (excerpt including pages 1-6, omitting pages 7-31).

- **Exhibit E**: USPTO record for application Serial No. 88/378,543 for the PATAGONIA stylized mark for beer, as of July 2, 2019, including as part of that USPTO record, an Office Action issued on June 19, 2019 (excerpt including pages 1-6, omitting pages 7-31).
- **Exhibit F**: USPTO record for Registration No. 5,326,625 for the PATAGONIA ORCHARDS mark for fruits, as of July 2, 2019.
- **Exhibit G**: USPTO record for Registration No. 4,809,266 for the PATAGONIA BERRIES mark and mountain design for fruit preserves, as of July 2, 2019.
- **Exhibit H**: USPTO record for Registration No. 4,175,612 for the WILD PATAGONIA mark for gaming machines, as of July 2, 2019.
- **Exhibit I**: USPTO record for Registration No. 4,384,331 for the PATAGONIA mark for tires, as of July 2, 2019.
- **Exhibit J**: USPTO record for Registration No. 4,665,133 for the PATAGONIA mark and design for mineral water, as of July 2, 2019.
- **Exhibit K**: USPTO record for Registration No. 4,426,583 for the PATAGONIA SUN mark for flowers, as of July 2, 2019.
- **Exhibit L**: USPTO record for Registration No. 4,677,235 for the PATAGONIA SEAFARMS mark for fish, as of July 2, 2019.
- **Exhibit M**: USPTO record for Registration No. 4,407,659 for the PATAGONIAMALT mark and mountain design for malt, as of July 2, 2019.
- **Exhibit N**: USPTO record for Registration No. 5,200,215 for the PATAGONIA REBELDE mark for wine, as of July 2, 2019.
- **Exhibit O**: USPTO record for Registration No. 5,751,555 for the PATAGONIA CONCHA Y TORO mark for wine, as of July 2, 2019.

- **Exhibit P**: USPTO record for Registration No. 5,719,364 for the PATAGONIA ORGANICS LLC mark for fruit and vegetables, as of July 2, 2019.
- **Exhibit Q**: Patagonia Provisions, Inc.'s Response to Office Action filed December 25, 2015, for application Serial No. 86/455,281 (excerpt including pages 1-11, omitting pages 12-59).

Dated:   July 3, 2019    COOLEY LLP

/s/ Bobby Ghajar
Bobby Ghajar
Amanda Main
Dina Roumiantseva
Attorneys for Defendant
ANHEUSER-BUSCH, LLC

207404544