1  COOLEY LLP
   BOBBY GHAJAR (198719)
2  bghajar@cooley.com
   1333 2nd Street, Suite 400
3  Santa Monica, CA  90401
   Telephone: (310) 883-6400
4  Facsimile:  (310) 883-6500

5  COOLEY LLP
   AMANDA A. MAIN (260814)
6  amain@cooley.com
   DINA ROUMIANTSEVA (300576)
7  droumiantseva@cooley.com
   3175 Hanover Street
8  Palo Alto, CA  94304
   Telephone: (650) 843-5000
9  Facsimile:  (650) 843-7400

10 Attorneys for Defendant
   ANHEUSER-BUSCH, LLC
11

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| PATAGONIA, INC. and PATAGONIA PROVISIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANHEUSER-BUSCH, LLC dba PATAGONIA BREWING CO. , <br><br> Defendant. | Case No.  2:19-cv-02702-VAP (JEMx) <br><br> **NOTICE OF APPEARANCE OF AMANDA A. MAIN ON BEHALF OF DEFENDANT ANHEUSER-BUSCH, LLC** |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

**PLEASE TAKE NOTICE** that Amanda A. Main of the law firm Cooley LLP, who is registered for CM/ECF and admitted to the Central District of California, enters her appearance as counsel of record on behalf of Defendant Anheuser-Busch, LLC dba Patagonia Brewing Co. in the above-captioned matter. Please add Amanda A. Main as an attorney to be noticed on all matters at the following address:

Amanda A. Main
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5914
Facsimile: (650) 849-7400

Email: amain@cooley.com

Dated: August 13, 2019      COOLEY LLP

*/s/ Amanda A. Main*
Bobby Ghajar
Amanda A. Main
Dina Roumiantseva
Attorneys for Defendant
ANHEUSER-BUSCH, LLC

209674920