# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC. and PATAGONIA PROVISIONS, INC., <br> Plaintiffs, <br> v. <br> ANHEUSER-BUSCH, LLC dba PATAGONIA BREWING CO., <br> Defendant. <br><br> ANHEUSER-BUSCH, LLC dba PATAGONIA BREWING CO., <br> Counterclaimant, <br> v. <br> PATAGONIA, INC. and PATAGONIA PROVISIONS, INC., <br> Counter-Defendants. | Case No. 2:19-cv-02702-VAP (JEMx) <br><br> **[DISCOVERY MATTER]** <br><br> **[ORDER GRANTING STIPULATION REGARDING MAGISTRATE JUDGE'S ORDER, DATED AUGUST 20, 2020 (DKT. 325)** <br><br> Magistrate Judge: Honorable John E. McDermott <br><br> Discovery Cut-off Date: October 1, 2020 <br> Pretrial Conf. Date: February 8, 2021 <br> Trial Date: February 16, 2021 |

Based on the parties' stipulation, and good cause appearing, the Court orders that AB may have until September 9, 2020, to complete its production pursuant to the Court's Order (Dkt. 325).

**IT IS SO ORDERED.**

Dated: 9/4/2020

*John E. McDermott*
John E. McDermott
United States Magistrate Judge